# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**VANESSA BECKWITH,**

    **Plaintiff,**

**vs.**                                      **Case No. 4:08cv472-SPM/WCS**

**NATIONAL COMMUNITY SERVICES,**

    **Defendant.**

_____/

## REPORT AND RECOMMENDATION

This cause is before the court upon referral from the clerk. Plaintiff initiated this cause through the filing of a Title VII complaint. Doc. 1. Leave to proceed *in forma pauperis* was granted on November 4, 2008. Doc. 4. After reviewing Plaintiff's complaint she was directed, not once, but twice to file an amended complaint. On May 27, 2009, Plaintiff filed her Third Amended Complaint. Doc. 13. In an order entered June 22, 2009, The Clerk was directed to issue summons and advised Plaintiff her responsibility in serving the Defendant. Further, plaintiff was advised that service should be completed within 120 days from the date of filing the complaint and was warned of dismissal if she failed to serve the complaint within that time period.

Because Plaintiff failed to file a return of service within a timely manner, this court entered an order to show cause on September 30, 2009, directing the Plaintiff to show cause by October 22, 2009, why this case should not be dismissed for failing to serve the complaint as required by Rule 4. To date, Plaintiff has not responded to that order.

A trial court has inherent power to dismiss a case sua sponte for failure to prosecute. See Link v. Wabash R.R., 370 U.S. 626, 82 S.Ct. 1386, 8 L.Ed.2d 734 (1962). Fed. R. Civ. P. 41(b) authorizes a district court to dismiss an action for failure to obey a court order. Moon v. Newsome, 863 F.2d 835, 838 and cases cited (11th Cir.) *cert. denied*, 493 U.S. 863 (1989). Because Plaintiff has failed to prosecute this case, her complaint should be dismissed.

It is therefore respectfully **RECOMMENDED** that this case be **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

**IN CHAMBERS** at Tallahassee, Florida, this 30th day of October, 2009.

s/William C. Sherrill, Jr.
WILLIAM C. SHERRILL, JR.
UNITED STATES MAGISTRATE JUDGE

NOTICE TO PARTIES

Within 15 days after being served with a copy of this report and recommendation, a party may serve and file specific, written objections to the proposed findings and recommendations. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.